Certificate Number: 14912-CAC-DE-040306241

Bankruptcy Case Number: 25-18741



14912-CAC-DE-040306241

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 12, 2025, at 9:57 o'clock PM EST, John Potts completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  November 12, 2025         By:   /s/Jai Bhatt

                                 Name: Jai Bhatt

                                 Title: Counselor